CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 30 2007

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| NOAH CAMPBELL, a minor, etc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANICE RANDALL, et al., )<br>)<br>Defendants )<br>)<br>) | Case No. 4:06CV00030<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>    Senior United States District Judge |

The Plaintiff's *Petition for Approval of an Infant Settlement and Modification of Medicaid Lien* filed on June 1, 2007 pursuant to Va. Code § 8.01-424 is now before this Court.

The Defendants have stated in writing that they have no objection to the proposed settlement and distribution of funds. Likewise, the Department of Medical Assistant Services ("DMAS"), through the Virginia Office of the Attorney General, stated in writing that they agreed with the Plaintiff in settling the lien. Magistrate Judge Michael Urbanski filed a *Report and Recommendation* on August 28, 2007 recommending that this Court approve the Infant Settlement, and direct that

1) I approve the infant settlement amount of $40,000.00 and reduction of the lien as stated in the agreement;

2) Approve the disbursement of up to $5,000 to allow Plaintiff Noah Campbell to purchase a reliable vehicle;

3) Approve the disbursement of $7,500 to the Treasurer of Virginia as full payment of the compromised DMAS lien;

4) Approve the Disbursement of $7,500 to Williams, Morrison, Light, & Moreau as full payment of all attorneys' fees associated with this cause of action;

5) Approve the disbursement of $1,197.30 to Williams, Morrison, Light, & Moreau for costs incurred in this cause of action;

6) Order that all remaining proceeds be held by the Clerk of the Court until Campbell's eighteenth birthday;

7) Finally, deny all pending motions as moot.

Accordingly, the *Report and Recommendation* of the Magistrate Judge is hereby **ADOPTED**, the *Plaintiff's Petition for Approval of an Infant Settlement and Modification of Medicaid Lien* of is hereby **GRANTED**, and it is hereby **DIRECTED** that the disbursement of the settlement proceeds be made as stated above.

The Clerk is directed to send a certified copy of this *Order* to all counsel of record and to Magistrate Judge Michael Urbanski. Furthermore, this case shall be dismissed from the docket of this court.

ENTERED this 30th day of August, 2007.

Senior United States District Judge